UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

LAJUAN I TARRANCE,
Debtor.
_____/

CHAPTER 13
CASE NO. 06-43613-SWR
JUDGE STEVEN W RHODES

## AFFIDAVIT OF THE CHAPTER 13 TRUSTEE

STATE OF MICHIGAN    )
                     )SS
COUNTY OF WAYNE      )

NOW COMES, Krispen S. Carroll or Margaret Conti Schmidt for the Chapter 13 Trustee, and declares under penalty of perjury that the following statements are true and correct to the best of his/her knowledge, information and belief:

1. That she is the duly appointed Trustee in the above captioned Chapter 13 proceedings or is a staff attorney for the Trustee.

2. That the records of the Trustee have been thoroughly reviewed with regard to the above matter before this Affidavit was taken.

3. That the Order of the Court to Adjourn entered on June 21, 2006 required the debtor to be 100% current in Plan payments, pursuant to the Trustee's records, on or before July 10, 2006 which the debtor failed to do.

FURTHER, deponent saith not.

/s/Margaret Conti Schmidt
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI  48226
313/962-5035

Subscribed and sworn to before me this
 17 day of   July, 2006

/s/Shannon L. Horton
Shannon L. Horton, Notary Public
Wayne County, Michigan
My Commission Expires:  11/25/06